

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 08-0024 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| JOSEPH EARL ROBINSON | MAG. JUDGE KAREN L. HAYES |

## RULING

Pending before the Court is a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Reduce Sentence [Doc. No. 90] filed by Petitioner Joseph Earl Robinson ("Robinson"). On February 8, 2011, Magistrate Judge Karen L. Hayes filed a Report and Recommendation [Doc. No. 96] in which she recommended that this Court deny Robinson's motion.

On February 28, 2011, Robinson filed a document entitled, "Petition to Dismiss for Want of Subject Matter Jurisdiction and Objections to Magistrate's Report and Recommendation" [Doc. No. 97]. To the extent that Robinson raises objections to the Magistrate Judge's Report and Recommendation, the Court has considered the Report and Recommendation, Robinson's objections, and has conducted a *de novo* review of the record. The Court agrees with and ADOPTS the Magistrate Judge's Report and Recommendation.

However, Robinson also now claims that the Court lacks subject matter jurisdiction over him, that the criminal case against him must be dismissed, and that he must be released. The Court has reviewed Robinson's claims, but finds no merit to his arguments. Accordingly,

the Court will deny this "Petition" as well.

MONROE, LOUISIANA, this 22 day of March, 2011.

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE