

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-0024 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOSEPH EARL ROBINSON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted, and for those additional reasons set forth in this Court's Ruling,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner Joseph Earl Robinson's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Reduce Sentence [Doc. No. 90] is DENIED.

**IT IS FURTHER ORDERED** that Petitioner's "Petition to Dismiss for Want of Subject Matter Jurisdiction," [Doc. No. 97] filed with his objections to the Report and Recommendation, is DENIED.

MONROE, LOUISIANA, this 22 day of March, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE